THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

In re:

**Ana Mariam Bejarano**

Debtor

**Case No. 21-10087-KHK**
Chapter 13

## ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS

THIS MATTER COMES upon the Motion by the Debtor to Restrict Public Access to Docket No. 65-1 which includes the sensitive information of financial account numbers (the "Motion"); with due and proper notice of the Motion being served by mail and email on the Debtor, Ana Mariam Bejarano, and also by ECF electronic filing on the Chapter 13 Trustee, Thomas P. Gorman, and upon Michael T. Freeman, Assistant U.S. Trustee; and the Court being otherwise fully apprised of the circumstances, it is hereby

ORDERED that the Motion is GRANTED, and

The Court shall immediately restrict public access to **Exhibit 1** to Debtor's Motion to Approve Loan Modification Agreement [Docket No. 65-1], and

Debtor's proposed redacted document shall be docketed on the public record to be filed as **Exhibit 1** to the Debtor's Motion to Approve Loan Modification Agreement, Docket No. 65.

Date: May 31 2022

/s/ Klinette H Kindred
Klinette H. Kindred
United States Bankruptcy Judge

EOD:_____

Entered On Docket: June 1, 2022

Suad Bektic, VSB # 90012
20B John Marshall Street
Warrenton, VA 20186
Phone (540) 349-3232
*Counsel for the Debtor*

**I ask for this:**

NEW DAY LEGAL, PLLC

/s/ Suad Bektic
Suad Bektic, Esquire, VSB # 90012
20B John Marshall Street
Warrenton, Virginia 20186
Phone: (540) 349-3232
FAX: (888) 612-0943
*Counsel for the Debtor*

**SEEN:**

/s/ Thomas P. Gorman, *by email permission*
Thomas P. Gorman, Esquire
Chapter 13 Trustee
300 N. Washington Street, Suite 400
Alexandria, Virginia 22314

/s/ Michael T. Freeman, *by email permission*
Michael T. Freeman, Esquire
Assistant U.S. Trustee
Office of the U.S. Trustee
1725 Duke Street, Suite 650
Alexandria, Virginia 22314

## Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by all necessary parties, pursuant to Local Rule 9022-1(C).

/s/ Suad Bektic
Suad Bektic