**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In re:

|  |  |
|---|---|
| **Ana Mariam Bejarano** <br><br> Debtor | **Case No. 21-10087-KHK** <br> Chapter 13 |

## ORDER GRANTING APPROVAL OF LOAN MODIFICATION AGREEMENT

UPON CONSIDERATION of the Debtor's Motion to Approve Loan Modification Agreement for the real property commonly known as and located at 4204 Carmel Terrace, Chantilly, Virginia 20151 (hereinafter, the "Residence"), and the Court finding that there is good cause for granting the motion, it is hereby

**ORDERED**, that the Motion is GRANTED, and that the proposed modified terms to modify the Note and Security Instrument for the Residence, more particularly described as

> Lot Four Hundred Twenty-Nine (429), Section Five, BROOKFIELD, in the County of Fairfax, State of Virginia, as the same appears duly dedicated, platted and recorded in Deed Book 3079 at Page 609, among the land records of Fairfax County, Virginia.
>
> Being the same property as conveyed from Vijay Kumar Bhalala Hina B. Shah, by Vijay Bhalala, her attorney-in-fact to Ana Bejarano and Marcos A. Bejarano Vasquez, as tenants by the entirety with common law right of survivorship as set forth in Deed Instrument #2015016920 002 dated 05/29/2015, recorded 06/01/2015, FAIFAX County, VIRGINIA.
>
> Commonly known as 4204 Carmel Terrace, Chantilly, Virginia 20151
>
> PIN: 0451 02 0429

is approved; and it is

**ORDERED**, that the pertinent parts of the Agreement shall be as follows:

  a. The New Principal Balance owed to the Lender is $392,869.72;

  b. The new maturity date is April 1, 2052;

  c. The new interest rate is fixed at 3.750%);

  d. The new estimated monthly principal, interest, and escrow payment will be $2,821.09 (previously $3,252.00) beginning on May 1, 2022.

  e. The new principal and interest payment capitalizes all arrears; and, it is further,

**ORDERED,** that the Debtor has the authority to execute any and all documents reasonably required to complete the transaction contemplated between the borrower, Ana Mariam Bejarano, and the Lender, Lakeview Loan Servicing, LLC; and, it is further,

**ORDERED**, that the Chapter 13 Trustee shall be under no further obligation to make payments on the arrearage claim filed by the Lender (Claim No. 12); and, it is further,

**ORDERED**, that this Order shall not be stayed pursuant to Federal Bankruptcy Code Rule 6004(h).

Date: Jun 21 2022

/s/ Klinette H Kindred

United States Bankruptcy Judge

We ask for this:

DOE:_____

/s/ Suad Bektic

Suad Bektic, Esquire, VSB # 90012
NEW DAY LEGAL, PLLC
20B John Marshall Street
Warrenton, VA 20186
Phone: (540) 349-3232
Fax: (888) 612-0943
*Counsel for the Debtor*

Entered On Docket: June 22, 2022

Seen and Agreed:

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

### LOCAL RULE 9022-1(C) Certification

The foregoing Order was endorsed and/or served upon all necessary parties pursuant to Local Rule 9022-1(C)

/s/ Suad Bektic
Suad Bektic

**Copies electronically to:**

Suad Bektic
Thomas P. Gorman, Chapter 13 Trustee

**Copies mailed to:**

Ana Mariam Bejarano
4204 Carmel Terrace
Chantilly, VA 20151
        1.

Lakeview Loan Servicing, LLC
5151 Corporate Drive
Troys, MI 48098