**UNITED STATES BANKRUPTCY COURT**
**FOR THE**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

In the Matter of:

ANA MARIAM BEJARANO

Debtor

Chapter 13

Case No. 21-10087-KHK

.
Official Form 410C13-N

**TRUSTEE'S NOTICE OF DISBURSEMENTS MADE**

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).

**Part 1:  Mortgage Information:**

Name of Claim holder:      Lakeview Loan Servicing,LLC/Nationstar Mortgage,LLC
Last 4 digits of any number you sue to identify the debtor's account:  5438

Property address:      4204 Carmel Terrace
Chantilly, VA  20151

**Part 2:  Statement of Completion:**

The debtor has completed all payments due the trustee under the chapter 13 plan.  A copy of the trustee's disbursement ledger for all payments to the claim holder is attached.

**Part 3:  Arrearages**

a.  Allowed amount of prepetition arrearage:                                $4,024.25
b.  Total amount of prepetition arrearage disbursed by the trustee:  $4,024.25
c.  Total amount of postpetition arrearage disbursed by the trustee: $0.00
d.  Total amount of arrearages disbursed by the trustee:                $4,024.25

**Part 4:  Postpetition Payments:**
Check one:

_X_ Postpetition payments are made by the debtor.
___ Postpetition payments are paid through the trustee.
____Other: _____

**Trustee's Notice of Disbursements Made**
Ana Mariam Bejarano, Case #21-10087-KHK

**If the Trustee has disbursed postpetition payments, complete a and b; otherwise leave blank.**

a)  Total amount of postpetition payments disbursed by the trustee as of date of notice:

b)  The last ongoing mortgage payment disbursed by the trustee was the payment due on _____.  All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:  Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, expenses and charges disbursed by the trustee:                                          ____N/A_____

**Part 6:  A Response is Required by Bankruptcy Rule 3002.1(g)(3)**

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR

Dated:  December 10, 2025              Respectfully Submitted:

                                      /s/ Thomas P. Gorman
                                      Standing Chapter 13 Trustee

**Trustee's Notice of Disbursements Made**
Ana Mariam Bejarano, Case #21-10087-KHK

## CERTIFICATE OF SERVICE

I hereby certify that on December 10, 2025, service of a true and complete copy of the above and foregoing pleading or paper was made upon the following by electronic service

Suad Bektic
Attorney for Debtor
New Day Legal
8500 Mayland Dr
Henrico, VA  23294

Orlans, PC
Attorney for Creditor, Attn :  Daniel Kevin Eisenhauer, Esquire
PO Box 2548
Leesburg, VA 20177

Rosenberg & Associates, LLC
Attorney for Creditor, Attn:  Mark David Meyer, Esquire
4340 East West Highway, Suite 600
Bethesda, MD 20814

McCalla Raymer, LLC
Attorney for Creditor, Attn:  Maria A. Tsagaris, Esquire
1544 Old Alabama Road
Roswell, GA 30076

and upon the following by depositing the same in the United States mail, envelopes properly addressed to each of them and with sufficient first-class postage affixed.

Ana Mariam Bejarano
Chapter 13 Debtor
4204 Carmel Terrace
Chantilly, VA  20151

Nationstar Mortgage, LLC
Bankruptcy Department
PO Box 619094
Dallas, TX  75261-9741

/s/   Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**DISBURSEMENTS**
**through 12/09/2025**

CASE NUMBER    21-10087

DEBTOR    BEJARANO, ANA MARIAM

| Ref No | Claim | Class | Date | Proc Period | Source/Payee or Creditor Check Name | Transaction | Check # | Trans Total | Principal Amount | Interest Portion | Comp | Expense | Batch Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 001 | 1 | 04.29.2022 | 22_04 | COMMUNITY LOAN SERVICING, | System Disbursement | 418901 | 2,833.88 | 2,833.88 | 0.00 | 0.00 | 0.00 | P0025334 |
| Cleared: 05.09.2022 | | | Posted: 04.29.2022 | | ATTN: CASHIERING DEPT  4425 PONCE DE LEON BLVD, 5TH F  CORAL GABLE  FL  33146- | | | | | | | | |
| 2 | 001 | 1 | 03.31.2022 | 22_03 | COMMUNITY LOAN SERVICING, | System Disbursement | 416391 | 544.95 | 544.95 | 0.00 | 0.00 | 0.00 | P0025285 |
| Cleared: 04.13.2022 | | | Posted: 03.31.2022 | | ATTN: CASHIERING DEPT  4425 PONCE DE LEON BLVD, 5TH F  CORAL GABLE  FL  33146- | | | | | | | | |
| 2 | 001 | 1 | 01.31.2022 | 22_01 | FLAGSTAR BANK | System Disbursement | 411641 | 272.48 | 272.48 | 0.00 | 0.00 | 0.00 | P0025191 |
| Cleared: 02.09.2022 | | | Posted: 01.31.2022 | | 5151 CORPORATE DRIVE    TROY   MI  48098- | | | | | | | | |
| 2 | 001 | 1 | 12.30.2021 | 21_12 | FLAGSTAR BANK | System Disbursement | 409196 | 372.94 | 372.94 | 0.00 | 0.00 | 0.00 | P0025160 |
| Cleared: 01.06.2022 | | | Posted: 12.30.2021 | | 5151 CORPORATE DRIVE    TROY   MI  48098- | | | | | | | | |

|  |  |  |
|---|---|---|
| **Total 3rd Party Principal** | 0.00 | |
| **Total 3rd Party Interest** | 0.00 | |
| **Total Principal** | 4,024.25 | |
| **Total Interest** | 0.00 | |
| **Total** | 4,024.25 | |
| **Total Fees** | 0.00 | |

**Total**    0.00    0.00