**Fill in this information to identify the case:**

Debtor 1     Ana Mariam Bejarano

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     Eastern     District of     Virginia
                                                                                                        (State)

Case number     21-10087-KHK

---

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
12/25

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**     Lakeview Loan Servicing, LLC

**Court claim no.** (if known):
12

**Last 4 digits** of any number you use to identify the debtor's account:     ******5438

**Property address:**     4204 Carmel Terrance
                                            Number        Street

                                            Chantilly          VA        20151
                                            City                  State      ZIP Code

| Part 2: | Arrearages |
|---|---|

The total amount received to cure any arrearages as of the date of this response:     $_____4,024.25_____.

*Check all that apply:*

☒  The amount required to cure any prepetition arrearage has been paid in full.

☐  The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid as of the date of this notice:     $_____.

☐  The amount required to cure any postpetition arrearage has been paid in full.

☒  The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining unpaid as of the date of this notice:     $_____16,053.81__.     **missed payments: 7/1/25          1x 2817.16 = $2817.16
8/1/25 - 12/1/25  5x 2819.00 = $14,095.00
Total payments $16,912.16
minus suspense $858.35
Total $16,053.81

**Part 3:**      **Postpetition Payments**

(a) *Check all that apply:*

☐ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☒ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on:     07/01/2025 .

☒ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

     i.    Date last payment was received on the mortgage:     11/26/2025

     ii.    Date next postpetition payment from the debtor is due:     07/01/2025

     iii.    Amount of the next postpetition payment that is due:     $    2,819.00

     iv.    Unpaid principal balance of the loan:     $ 366,323.74

     v.    Additional amounts due for any deferred or accrued interest:     $    8,239.14

     vi.    Balance of the escrow account:     $    0.00

     vii.    Balance of unapplied funds or funds held in a suspense account:     $    858.35

     viii.    Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid:     $    250.00

**Part 4**      **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Janet M. Spears _____   Date  12/29/2025 _____
   Signature

Name   Janet M. Spears _____
       First name          Middle name          Last name

Title   Agent for Creditor

Company   Aldridge Pite, LLP
          Identify the corporate servicer as the company if the authorized agent is a servicer.

Address   3333 Camino del Rio South, Suite 225
          Number        Street

          San Diego                          CA        92108
          City                               State     ZIP Code

Contact phone   (858) 750-7600                 Email  jspears@aldridgepite.com

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Trustee's Notice of Disbursements Made was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: <u>January 7, 2026</u>

| | |
|---|---|
| Chapter 13 Trustee: | Thomas P. Gorman |
| Trustee Address: | Thomas P. Gorman, Chapter 13 Trustee |
| | 1414 Prince St. |
| | Ste. 202 |
| | Alexandria, VA 22314 |
| Trustee Email: | ch13alex@gmail.com |
| | |
| Debtor's Counsel Name: | Suad Bektic |
| Debtor's Counsel Address: | New Day Legal |
| | 8500 Mayland Drive |
| | First Floor |
| | Richmond, VA 23294 |
| Debtor's Counsel Email: | sbektic@newdaylegal.com |
| | |
| Debtor's Counsel Name: | Scott Wilder Carpenter |
| Debtor's Counsel Address: | New Day Legal, PLLC |
| | 98 Alexandria Pike, Suite 10 |
| | Warrenton, VA 20186 |
| Debtor's Counsel Email: | scott@newdaylegal.com |
| | |
| Debtor 1 Name: | Ana Mariam Bejarano |
| Debtor's Mailing Address: | 4204 Carmel Terrace |
| | Chantilly, VA 20151 |

 /s/ Ciara M. Pumicpic

```
                                                                              1/06/26
                            Payoff Quote Include/Omit Items                    13:42:23
                     =================================================         CPY-EDT

                PO Dt   1/07/26      Int Paid To      6/01/25
                Sub Code    01       Next Due Dt      7/01/25    Int Rate       3.750
Prin Bal      366,323.74             Per Diem Int        37.64  Int Calcs     8,239.14
Optional Items to I-Include or O-Omit:                         Plan Number     00002
I  Escrow Balance                 .00    O  Total Late Charges                    .00
   Interest on Escrow             .00    I  Total NSF Charges                     .00
I  Escrow Advance            1,883.04    O  Optional Ins Payment                  .00
I  Misc Suspense Bal           858.35    O  Prepayment Penalty                    .00
I  Forbearance Bal                .00    O  Mortgage Ins Premium               275.94
O  Subsidy                        .00    O  Other Fees Due                        .00
O  Hazard Suspense Bal            .00    O  Rebate Points Financed         0000000
   Int on Hazard Loss             .00    I  Deferred Principal                    .00
O  Inv. Advance                   .00    O  Recording Fee             0000000000000
I  Corp Advance Bal            250.00-   I  Quote fee                 0000000000000
O  Corp Expense Bal               .00    O  Oth2  COUNTY RECORDING FEE 0000000004600
O  Default Int Due                .00    O  Oth1  ANTICIPATED FEE      0000000000000  +
I  Deferred Int                   .00    O  MBS Liq Difference                 859.54
O  Prepaid Ins Rebate             .00
Accept Quote - Y/N  N                              PO Amt              375,837.57


  F11=Corp Adv   F12=Return   F13=Opt Ins    F14=Corp Expense    F24=More keys
```

| Loan Number | |
|---|---|
| Debtor | Ana Mariam Bejarano |
| BK filed date | 1/21/2021 |
| BK Case # | 21-10087 |
| Post Next Due | **07/01/25** |
| Suspense | $858.35 |

| Filed POC - First Post Payment | | 2/1/2021 | $ | 2,821.09 |
|---|---|---|---|---|
| **Payment Changes** | **Filed Date** | **Effective Date** | **Amount** | |
| Escrow | 3/9/2022 | 4/1/2022 | $ | 3,274.03 |
| Escrow | 8/23/2024 | 10/1/2024 | $ | 2,817.16 |
| Escrow | 6/30/2025 | 8/1/2025 | $ | 2,819.00 |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |
| | | | $ | - |

| | Amount Due | Date | Suspense | |
|---|---|---|---|---|
| **Next Due** | $ 2,819.00 | 7/1/2025 | $ 858.35 | |

| Date Received | Amount Received | | Amount Due | Post-Petition Due date | Suspense Balance |
|---|---|---|---|---|---|
| 3/15/2021 | $ 3,266.19 | | $ - | | $ 3,266.19 |
| 11/15/2021 | $ 3,266.19 | | $ - | | $ 6,532.38 |
| -- | $ - | | $ - | | $ 6,532.38 |
| -- | $ - | | $ - | | $ 6,532.38 |
| -- | $ - | | $ - | | $ 6,532.38 |
| -- | $ - | | $ - | | $ 6,532.38 |
| -- | $ - | | $ - | | $ 6,532.38 |
| -- | $ - | | $ - | | $ 6,532.38 |
| -- | $ - | | $ - | | $ 544.95 |
| -- | $ - | | $ - | | $ 544.95 |
| 5/17/2022 | $ 2,821.09 | | $ 2,821.09 | 5/1/2022 | $ 544.95 |
| 7/18/2022 | $ 2,263.35 | | $ - | | $ 2,808.30 |
| 8/15/2022 | $ 3,378.83 | | $ - | | $ 6,187.13 |
| 8/16/2022 | $ - | | $ 2,821.09 | 6/1/2022 | $ 3,366.04 |
| 8/16/2022 | $ - | | $ 2,821.09 | 7/1/2022 | $ 544.95 |
| 9/15/2022 | $ 2,821.09 | | $ - | | $ 3,366.04 |
| 9/16/2022 | $ - | | $ 2,821.09 | 8/1/2022 | $ 544.95 |
| 10/14/2022 | $ 700.00 | | $ - | | $ 1,244.95 |
| 11/15/2022 | $ 3,000.00 | | $ - | | $ 4,244.95 |
| 11/16/2022 | $ - | | $ 2,821.09 | 9/1/2022 | $ 1,423.86 |
| 12/15/2022 | $ 4,000.00 | | $ - | | $ 5,423.86 |
| 12/16/2022 | $ - | | $ 2,821.09 | 10/1/2022 | $ 2,602.77 |
| 3/21/2023 | $ 6,405.45 | | $ - | | $ 9,008.22 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/22/2023 | $ | - | | $ | 2,821.09 | 11/1/2022 | $ 6,187.13 |
| 3/22/2023 | $ | - | | $ | 2,821.09 | 12/1/2022 | $ 3,366.04 |
| 3/22/2023 | $ | - | | $ | 2,821.09 | 1/1/2023 | $ 544.95 |
| 4/12/2023 | $ | 5,043.01 | | $ | - | | $ 5,587.96 |
| 6/15/2023 | $ | 2,779.66 | | $ | - | | $ 8,367.62 |
| -- | $ | - | | $ | - | | $ 8,367.62 |
| 6/16/2023 | $ | - | | $ | 2,821.09 | 2/1/2023 | $ 5,546.53 |
| 7/23/2024 | $ | 27,449.33 | | $ | - | | $ 32,995.86 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 3/1/2023 | $ 30,174.77 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 4/1/2023 | $ 27,353.68 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 5/1/2023 | $ 24,532.59 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 6/1/2023 | $ 21,711.50 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 7/1/2023 | $ 18,890.41 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 8/1/2023 | $ 16,069.32 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 9/1/2023 | $ 13,248.23 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 10/1/2023 | $ 10,427.14 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 11/1/2023 | $ 7,606.05 |
| 7/23/2024 | $ | - | | $ | 2,821.09 | 12/1/2023 | $ 4,784.96 |
| 7/26/2024 | $ | - | | $ | 2,821.09 | 1/1/2024 | $ 1,963.87 |
| 8/19/2024 | $ | 7,000.00 | | $ | - | | $ 8,963.87 |
| 8/20/2024 | $ | - | | $ | 2,821.09 | 2/1/2024 | $ 6,142.78 |
| 8/20/2024 | $ | - | | $ | 2,821.09 | 3/1/2024 | $ 3,321.69 |
| 8/20/2024 | $ | - | | $ | 2,821.09 | 4/1/2024 | $ 500.60 |
| 8/21/2024 | $ | 3,000.00 | | $ | - | | $ 3,500.60 |
| 8/22/2024 | $ | - | | $ | 2,821.09 | 5/1/2024 | $ 679.51 |
| 11/21/2024 | $ | 12,000.00 | | $ | - | | $ 12,679.51 |
| 11/22/2024 | $ | - | | $ | 2,821.09 | 6/1/2024 | $ 9,858.42 |
| 11/22/2024 | $ | - | | $ | 2,821.09 | 7/1/2024 | $ 7,037.33 |
| 11/22/2024 | $ | - | | $ | 2,821.09 | 8/1/2024 | $ 4,216.24 |
| 11/22/2024 | $ | - | | $ | 2,821.09 | 9/1/2024 | $ 1,395.15 |
| 11/25/2024 | $ | 1,617.64 | | $ | - | | $ 3,012.79 |
| 11/26/2024 | $ | - | | $ | 2,817.16 | 10/1/2024 | $ 195.63 |
| 12/10/2024 | $ | 2,000.00 | | $ | - | | $ 2,195.63 |
| 4/11/2025 | $ | 8,000.00 | | $ | - | | $ 10,195.63 |
| 4/14/2025 | $ | - | | $ | 2,817.16 | 11/1/2024 | $ 7,378.47 |
| 4/14/2025 | $ | - | | $ | 2,817.16 | 12/1/2024 | $ 4,561.31 |
| 4/14/2025 | $ | - | | $ | 2,817.16 | 1/1/2025 | $ 1,744.15 |
| 5/6/2025 | $ | 1,000.00 | | $ | - | | $ 2,744.15 |
| 5/9/2025 | $ | 2,300.00 | | $ | - | | $ 5,044.15 |
| 5/12/2025 | $ | - | | $ | 2,817.16 | 2/1/2025 | $ 2,226.99 |
| 9/25/2025 | $ | 2,900.00 | | $ | - | | $ 5,126.99 |
| 9/26/2025 | $ | - | | $ | 2,817.16 | 3/1/2025 | $ 2,309.83 |
| 11/26/2025 | $ | 7,000.00 | | $ | - | | $ 9,309.83 |
| 11/30/2025 | $ | - | | $ | 2,817.16 | 4/1/2025 | $ 6,492.67 |
| 11/30/2025 | $ | - | | $ | 2,817.16 | 5/1/2025 | $ 3,675.51 |
| 11/30/2025 | $ | - | | $ | 2,817.16 | 6/1/2025 | $ 858.35 |
| -- | $ | - | | $ | - | | $ 858.35 |
| -- | $ | - | | $ | - | | $ 858.35 |
| -- | $ | - | | $ | - | | $ 858.35 |
| -- | $ | - | | $ | - | | $ 858.35 |
| -- | $ | - | | $ | - | | $ 858.35 |