# UNITED STATES BANKRUPTCY COURT

## FOR THE

## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

In the Matter of:

ANA MARIAM BEJARANO

Debtor(s)

Chapter 13

Case No.  21-10087-KHK

## ORDER OF DISMISSAL

THIS MATTER CAME on for hearing on March 12, 2026, upon Trustee's Motion to Dismiss (Dkt. #89) pursuant to 11 U.S.C. §1307 and Local Rule 3002.1-1.  Notice thereof having been given in accordance with Rule 2002, and it appearing to the Court that adequate cause does exist and that it is in the best interest of the creditors and this estate that this proceeding be dismissed, it is

**ORDERED** that these proceedings under Chapter 13 of the Code be and they hereby are dismissed, and it is further

**ORDERED** that the dismissal of this case revests the property of the estate in the entity in which such property was vested immediately before the commencement of the case.  The Trustee need not file a final report in this case unless property or money is administered.

If the debtor(s) has been making payments by payroll deduction, the employer as set forth in that Order for payroll assignment shall cease any payroll deductions for the benefit of the Chapter 13 Trustee.

Mar 19 2026

/s/ Klinette H Kindred
_____
Klinette H. Kindred
U. S. Bankruptcy Judge

Entered On Docket: Mar 19 2026

**Order of Dismissal**, Page 2
Ana Mariam Bejarano
**Case #21-10087-KHK**

I Ask For This:

/s/ Thomas P. Gorman
Thomas P. Gorman, Trustee
1414 Prince Street, Suite 202
Alexandria, VA 22314
(703) 836-2226
VSB #26421

SEEN and OBJECTED TO:

/s/ Suad Bektic
Suad Bektic
New Day Legal
8500 Mayland Dr., 1st Flr.
Richmond, VA 23294
(804) 997-7395
VSB #90012
Attorney for Debtor

Local Rule 9022-1(C) Certification

The foregoing order was signed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Thomas P. Gorman
Thomas P. Gorman, Chapter 13 Trustee

**Order of Dismissal**, Page 2
Ana Mariam Bejarano
**Case #21-10087-KHK**


**PARTIES TO RECEIVE COPIES**


Ana Mariam Bejarano
Chapter 13 Debtor
4204 Carmel Terrace
Chantilly, VA 20151


Suad Bektic
Attorney for Debtor
New Day Legal
8500 Mayland Dr., 1st Flr.
Richmond, VA 23294


Rosenthal Jaguar
ATTN: Payroll Office
1592 Springhill Road
Vienna, VA 22182


Thomas P. Gorman
Chapter 13 Trustee
1414 Prince Street, Suite 202
Alexandria, VA  22314